Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2016

**Chapter 13 Case # 11-38805**

Re:  DORIS ANN EPPS                                                   Atty:  EVELYN AKUSHIE-ONYEANI, ESQ
     25 HOFFMAN BLVD                                                          ONYEANI LAW FIRM, LLC
     EAST ORANGE,  NJ  07017                                                  76 SOUTH ORANGE AVE
                                                                              SUITE 200
                                                                              SOUTH ORANGE, NJ  07079

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $48,720.99**

### RECEIPTS AS OF 01/13/2016                      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2011 | $540.33 | 19238544538 | 11/10/2011 | $540.33 | 14315403793 |
| 12/19/2011 | $540.33 | 19752702748 | 01/18/2012 | $750.00 | 19388218713 |
| 02/14/2012 | $750.00 | 19752721266 | 03/27/2012 | $750.00 | 19752736320 |
| 05/01/2012 | $750.00 | 14484030831 | 06/12/2012 | $750.00 | 14508536485 |
| 07/10/2012 | $750.00 | 20162785443 | 08/07/2012 | $850.00 | 20099306665 |
| 09/25/2012 | $850.00 | 20409002223 | 11/07/2012 | $850.00 | 14590153912 |
| 12/10/2012 | $850.00 | 20578752077 | 01/02/2013 | $850.00 | 20568828701 |
| 02/05/2013 | $850.00 | 20294447938 | 03/08/2013 | $850.00 | 20568844416 |
| 04/02/2013 | $850.00 | 20099316497 | 05/02/2013 | $850.00 | 14687796405 |
| 06/18/2013 | $850.00 | 20924520568 | 07/08/2013 | $850.00 | 20099317555 |
| 12/03/2013 | $924.00 | 21412211703 | 04/15/2014 | $1,000.00 | 21412230508 |
| 04/15/2014 | $1,000.00 | 2141223010 | 04/15/2014 | $924.00 | 21412245565 |
| 04/15/2014 | $1,000.00 | 14839365819 | 04/15/2014 | $924.00 | 14867794774 |
| 04/15/2014 | $696.13 | 14839365820 | 04/15/2014 | $924.00 | 1257081660 |
| 06/03/2014 | $924.00 | 14867168783 | 07/03/2014 | $924.00 | 17035149295 |
| 08/05/2014 | $924.00 | 17060671741 | 09/04/2014 | $924.00 | 17056302731 |
| 10/30/2014 | $24.00 | 22211263067 | 10/30/2014 | $900.00 | 22211263056 |
| 11/04/2014 | $924.00 | 17092715757 | 02/05/2015 | $924.00 | 22429257614 |
| 02/05/2015 | $924.00 | 22211274328 | 02/05/2015 | $924.00 | 17133136391 |
| 02/13/2015 | $924.00 | 22543709657 | 04/02/2015 | $924.00 | 17187967141 |
| 05/05/2015 | $924.00 | 22543721043 | 06/02/2015 | $924.00 | 17188611761 |
| 07/02/2015 | $924.00 | 17188613197 | 08/04/2015 | $924.00 | 17222439429 |
| 09/03/2015 | $924.00 | 17222443889 | 09/30/2015 | $224.00 | 22669723967 |
| 09/30/2015 | $700.00 | 22865390414 | 11/03/2015 | $924.00 | 17222450393 |
| 12/02/2015 | $924.00 | 17253746056 | 12/31/2015 | $924.00 | 17253748619 |

**Total Receipts:  $41,343.12  -  Amount Refunded to Debtor:  $924.00  =  Receipts Applied to Plan:  $40,419.12**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2016     (Please Read Across)

**Chapter 13 Case # 11-38805**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | | | | | | |
| | 01/18/2012 | $123.19 | 643,603 | 02/14/2012 | $57.00 | 646,774 |
| | 03/21/2012 | $57.00 | 8,000,000 | 04/16/2012 | $57.00 | 8,000,001 |
| | 06/18/2012 | $38.25 | 8,000,003 | 07/16/2012 | $38.25 | 8,000,004 |
| | 08/09/2012 | $38.25 | 8,000,005 | 09/07/2012 | $22.10 | 8,000,006 |
| | 10/15/2012 | $55.25 | 8,000,007 | 12/17/2012 | $55.25 | 8,000,009 |
| | 01/22/2013 | $110.50 | 8,000,010 | 03/18/2013 | $55.25 | 8,000,012 |
| | 04/15/2013 | $55.25 | 8,000,014 | 05/20/2013 | $110.50 | 8,000,016 |
| | 07/12/2013 | $29.75 | 8,000,023 | 08/09/2013 | $29.75 | 8,000,027 |
| | 05/19/2014 | $329.87 | 8,000,063 | 07/14/2014 | $47.12 | 8,000,071 |
| | 08/18/2014 | $47.12 | 8,000,075 | 09/08/2014 | $47.12 | 8,000,079 |
| MIDLAND MORTGAGE CO | | | | | | |
| | 05/19/2014 | $4,226.74 | 706,746 | 07/14/2014 | $876.88 | 711,142 |
| | 08/18/2014 | $876.88 | 713,407 | 09/08/2014 | $876.88 | 715,512 |
| | 10/09/2014 | $880.57 | 717,527 | 03/16/2015 | $5,283.42 | 728,221 |
| | 05/18/2015 | $880.57 | 732,214 | 06/15/2015 | $880.57 | 734,304 |
| | 07/20/2015 | $888.89 | 736,492 | 08/10/2015 | $888.89 | 738,568 |
| | 09/14/2015 | $888.89 | 740,524 | 10/19/2015 | $888.89 | 742,706 |
| | 11/16/2015 | $888.89 | 744,776 | 12/17/2015 | $873.18 | 746,737 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 03/21/2012 | $383.80 | 649,262 | 04/16/2012 | $693.00 | 651,169 |
| | 06/18/2012 | $711.75 | 655,590 | 07/16/2012 | $711.75 | 657,734 |
| | 08/09/2012 | $711.75 | 659,738 | 09/07/2012 | $827.90 | 661,961 |
| | 10/15/2012 | $794.75 | 664,291 | 12/17/2012 | $794.75 | 668,825 |
| | 01/22/2013 | $1,589.50 | 671,247 | 03/18/2013 | $794.75 | 8,000,013 |
| | 04/15/2013 | $794.75 | 8,000,015 | 05/20/2013 | $1,589.50 | 8,000,018 |
| | 07/12/2013 | $820.25 | 8,000,026 | 08/09/2013 | $820.25 | 8,000,030 |
| | 05/19/2014 | $1,911.52 | 8,000,066 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,122.65 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ER SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | UNITED STATES TREASURY/IRS | PRIORITY | 13,949.97 | 100.00% | 13,949.97 | |
| 0006 | NCO FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | NEWARK BD/ED EMPLOYEES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PARAGON FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | POWELL, ROGERS AND SPEAKS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | HOFFMAN STATION CONDO ASSOCIATIO | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 639.12 | * | 0.00 | |
| 0014 | US DEPARTMENT OF HUD | UNSECURED | 10,048.00 | * | 0.00 | |
| 0015 | VATIV RECOVERY SOLUTIONS LLC | UNSECURED | 184.09 | * | 0.00 | |
| 0016 | UNITED CREDIT RECOVERY | UNSECURED | 285.27 | * | 0.00 | |
| 0017 | VATIV RECOVERY SOLUTIONS LLC | UNSECURED | 33.50 | * | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 5,650.17 | * | 0.00 | |
| 0019 | PROGRESSIVE FREEDOM INSURANCE CO | UNSECURED | 9,809.78 | * | 0.00 | |
| 0020 | PYOD LLC | UNSECURED | 598.76 | * | 0.00 | |
| 0021 | MIDLAND MORTGAGE CO | MORTGAGE ARR | 22,054.56 | 100.00% | 20,100.14 | |

**Total Paid:  $38,672.76**
See Summary

**Chapter 13 Case # 11-38805**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 13 , 2016.

Receipts: $40,419.12      -    Paid to Claims: $34,050.11    -   Admin Costs Paid: $4,622.65    =    Funds on Hand: $1,746.36

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.