*Dane - 23*

FILED
NEWARK, NJ

2020 JUN 15  AM 7: 40

JEANNE A. NAUGHTON

BY:_____ CLERK

| Fill in this information to identify the case: | | |
|---|---|---|
| **Debtor 1** | DORIS ANN EPPS | |
| | First Name    Middle Name    Last Name | |
| **Debtor 2** | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court for the: District of New Jersey
(State)

Case number:  11-38805

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 102.00 |
|---|---|
| Claimant's Name: | MIDLAND CREDIT MANAGEMENT |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 350 CAMINO DE LA REINA, #100<br>SAN DIEGO, CA 92108<br><br>Phone number:  877-495-2902<br>Email address:  Mbx_ilms_bankruptcy@mcmcg.com |

### 2.  Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**3. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey  07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 6-5-2020 | Date: _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| MELISSA BYRD | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 350 CAMINO DE LA REINA #100 | Address: _____ |
| SAN DIEGO, CA 92108 | |
| Telephone: 877-495-2902 | Telephone: _____ |
| Email: Mbx_ilms_bankruptcy@mcmcg.coM | Email: _____ |

CASSANDRA CARROLL
Notary Public - State of Michigan
County of Oakland
My Commission Expires Apr 4, 2023
Acting in the County of Oakland

6-5-2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA #100
SAN DIEGO, CA 92108
877-495-2902
MELISSA BYRD

In Re:

DORIS ANN EPPS

Case No.:     11-38850

Chapter:      13

Judge:        Stacey L. Meisel

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On _____, an application was filed for the

Claimant(s), <u>MIDLAND CREDIT MANAGEMENT</u>, for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $<u>102.00</u> held in

unclaimed funds be made payable to <u>MIDLAND CREDIT MANAGEMENT</u>

and be disbursed to the payee at the following address:

<u>350 CAMINO DE LA REINA #100</u>

<u>SAN DIEGO, CA 92108</u>

_____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2

| Case | Title | Creditor | Amount |
|---|---|---|---|
| ▉▉▉ | ▉▉▉ | Midland Credit Management Inc | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. as agent for | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management, Inc. | ▉▉▉ |
| 11-38805 | Doris Ann Epps | Midland Credit Management Inc. | 102.0 |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management Inc. | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |
| ▉▉▉ | ▉▉▉ | Midland Credit Management | ▉▉▉ |



Refine your search

**UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg MAG-1284
**Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550**
973-227-2840
Chapter 13 Standing Trustee

**IN RE:**

**DORIS ANN EPPS,**                                          Case No.:  11-38805 SLM

                                                    **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $102.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      MIDLAND CREDIT MANAGEMENT INC
                                          8875 AERO DR
                                          SAN DIEGO, CA  92123

Amount:                          $102.00

Trustee Claim Number:        13

Court Claim Number:          5

Reason:                            Checks have been returned as undeliverable


                                          By:    /S/  Marie-Ann Greenberg
Dated:  November 17, 2016                     MARIE-ANN GREENBERG
                                                    CHAPTER 13 STANDING TRUSTEE

B10 (Official Form 10) (4/10)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Doris A. Epps | Case Number<br>11-38805-DHS-13 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Midland Credit Management, Inc. | [ ] Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123<br>Telephone number:  800-825-8131 Ext. 32986 | Court Claim Number:<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123<br>Telephone number:  800-825-8131 Ext. 32986 | [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>[ ] Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:  $ 639.12**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest charges. | **5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Credit Card<br>    (See instruction #2 on reverse side.) | |
| **3.** Last four digits of any number by which creditor identifies debtor:  9474/805733<br><br>    **3a. Debtor may have scheduled account as:** Columbus Bank And Trust<br>        (See instruction #3a on reverse side.) | [ ] Wages, salaries, or commissions (up to $11,725),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** [ ] Real Estate    [ ] Motor Vehicle    [ ] Other<br>**Describe:**<br><br>**Value of Property: $**  **Annual Interest Rate: %**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any: $**  **Basis for perfection:**<br><br>**Amount of Secured Claim: $ _____**   **Amount Unsecured: $** | [ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>[ ] Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br><br>[ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, explain: | **Amount entitled to priority:**<br><br>$ _____<br><br>* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to case commenced on or after the date of adjustment. |

| Date:<br>10/11/2011 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any.<br><br>/s/ Michael Aiken            ecfnotices@ascensioncapitalgroup.com | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Midland Credit Management Inc.

| | |
|---|---|
| Program:   BK0621R | Report Date: 10/07/2011 |
| User:   PRODUCTION | Report Time: 19:00:00 |

---

| Customer Additional Data Information | |

---

### Issuer Information

---

Purchased From: COLUMBUS BANK AND TRUST on 11/04/2005.  Purchase Balance: $1,170.45

Account Number: XXXXXXXXXXXXXXX9606 DORIS F EPPS
Open Date:          05/13/2004          MCM Account Number: XXXXXXXXXXXXXXX9474

Last Payment
  Date  02/14/2005
  Amount          $0.00

Interest Rate: 22.00
Product Type: Visa or Mastercard

Charged Off Date: 09/22/2005

---

### MCM Information

---

| Balance Information | Payment Information | General Information |
|---|---|---|
| TOTAL DUE NOW | Last Payment | Date of Occurrence: 03/26/2005 |
| $639.12 | Date:   08/21/2008 | |
| | Amount:   $0.00 | |
| Interest Amount | First Due Date: | State Statute |
| $0.00 | Next Due Date: | Expiration Date: 08/21/2014 |
| Unpaid Balance | Monthly Due Day: 00 | Days Left in Statute: 1049 |
| $639.12 | Down Payment | Last Worked By: ACG |
| | Amount:   $0.00 | On: 08/14/2006 |
| Interest Rate | | |
| 15.00 | Monthly Payment | Site: SAN DIEGO |
| | Amount:   $0.00 | Deceased Date: |
| Interest Paid | | |
| Through Date | Settlement | Investor Number:  1323 |
| 08/13/2006 | Amount:   $0.00 | Open/Closed: O |
| Interest Method | | Days Delinquent: 0000 |
| Interest accrued from charge-off date | | Payments Deliquent: 0000 |
| | | Times Deliquent: 0000 |

(Corporate seal

_____
*Signature of creditor/successor*

*Melissa Byrd*
_____
*Printed creditor's/successor's name*

If applicable)

PO Box 2011 Warren, MI 48090
_____

Creditor's/successor's address
_____
_____
_____

*(Midland Credit Management, Inc. CORPORATE SEAL 1953 KANSAS seal)*

STATE OF MICHIGAN, COUNTY OF Oakland _____

On ___6-5-2020___ before me, personally appeared *(insert name and title of the signer)*
Melissa Byrd  Assistant Secretary

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on ___4-4-2023___

CASSANDRA CARROLL
Notary Public - State of Michigan
County of Oakland
My Commission Expires Apr 4, 2023
Acting in the County of Oakland

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

MIDLAND CREDIT MANAGEMENT, INC.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☒ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)   5

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

350 CAMINO DE LA REINA, SUITE 100

**6** City, state, and ZIP code

SAN DIEGO, CA 92108

Requester's name and address (optional)

**7** List account number(s) here (optional)

*See Specific Instructions on page 3.*
*Print or type.*

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

| Social security number |
| --- |
| ☐ ☐ ☐ – ☐ ☐ – ☐ ☐ ☐ ☐ |

**or**

| Employer identification number |
| --- |
| 4 8 – 0 5 8 1 7 3 3 |

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ *[signature]* | Date ▶ 1/30/20___ |

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

---

Cat. No. 10231X                              Form **W-9** (Rev. 10-2018)

AO 213
(Rev. 08/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting and Financial Systems Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☐ Order ☑ Remit ☐ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: Midland Credit Management Inc | Address: |
| Business Name:<br>*(If different from above)* | City: |
| Address 1: 350 Camino De La Reina Ste 100 | State:        Zip Code: |
| Address 2: | Phone #: |
| City: San Diego | Description:<br>*(If needed)* |
| State: CA        Zip Code: 92103 | |
| Phone #: 877-495-2902   E-mail: Mbx_ilms_bankruptcy@mcmcg.com | |
| Taxpayer Identification #: 48-0581733<br>*(TIN, SS, or EIN number)* | |
| DUNS # | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: |
| City: | Account #: |
| State:        Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;                    ☐ partnership;

☑ corporate entity *(not tax-exempt)*;    ☐ corporate entity *(tax-exempt)*;

☐ health care provider;                   ☐ other: _____

☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1.   The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and

2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and

3.   I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 08/13)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns.  The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

* An individual who is a U.S. citizen or U.S. resident alien,
* A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS.  Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)).  The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government;

### Additional information required for vendors used for procurement
### (purchase orders, contracts, etc.)

Indicate which, if any, of the following categories are applicable.  These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business                          ☑ Not Applicable

☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below):*

  ☐ Asian-Pacific American        ☐ Black American          ☐ Subcontinent Asian (Asian-Indian)American
  ☐ Hispanic American             ☐ Native American         ☐ Other: _____

Date: 6-5-2020                                    _____
                                                  *Vendor's signature*

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR).  (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition    ☐ Change    ☐ Vendor Code: _____  *(make entry only if change)*

                        ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
| --- |
| Contact Name: |
| Telephone Number:                               Email: |

| Identification of person making this request: |
| --- |
| Name: |
| Telephone Number:                              Originating Office: |

Please type or print clearly.    For "AO" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS.  For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

**Midland Credit Management, Inc.**
**Officer's Certificate**

**May 30, 2018**

Gregory L. Call, Executive Vice President and Corporate Secretary of Midland Credit Management, Inc. (the "Company") hereby certifies that the individual listed below is an officer of the Company and is duly authorized to request unclaimed/undeposited bankruptcy funds on behalf of the Company.

**Name**
Melissa Byrd

**Title**
Assistant Secretary

IN WITNESS WHEREOF, I have signed this certificate on the date set forth above.

Name: Gregory L. Call
Title:   Executive Vice President & Corporate Secretary

State of California
County of San Diego

On May 30, 2018 before me, Anabel Levy, notary public personally appeared Gregory L. Call, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ANABEL LEVY
Commission # 2093631
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2019

WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF
MIDLAND CREDIT MANAGEMENT, INC.

———————————

**June 14, 2017**

Pursuant to Section 17-6301(f) of the Kansas Code, the undersigned, being all of the directors of Midland Credit Management, Inc., a Kansas corporation (the "Company"), do hereby waive notice and consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof to the same extent and to have the same force and effect as if such resolutions were adopted by a unanimous vote of the Board of Directors (the "Board") of the Company at a duly convened meeting held for such purpose:

WHEREAS, the Company previously resolved to elect certain person to serve as officers of the Company, pursuant to certain Actions by Written Consent of the Board of Directors of the Company, and the Company desires to update such authorities by replacing such resolutions as set forth below.

**Removal of Officers**

RESOLVED, that each of the following persons be, and hereby is, removed from the office of the Company set forth opposite his or her name, effective as of the date hereof:

| | | |
|---|---|---|
| Kenneth A. Vecchione | - | Chief Executive Officer |
| Adam Sragovicz | - | Assistant Treasurer |
| Karen Chen | - | Assistant Secretary |
| Kevin Wiesner | - | Assistant Secretary |

**Appointment of Officers**

RESOLVED, that each of the following persons be, and hereby is, appointed to the office of the Company set forth opposite his or her name, effective as of the date hereof, to serve in such capacity until his or her successor shall be duly elected or until his or her earlier death, resignation or removal:

| | | |
|---|---|---|
| Ashish Masih | - | President and Chief Executive Officer |
| Jonathan Clark | - | Executive Vice President, Chief Financial Officer and Treasurer |
| Paul Grinberg | - | President, International |
| Greg Call | - | Senior Vice President and Corporate Secretary |
| Amy Anuk | - | Senior Vice President, Business Development |
| Barbara Kennedy | - | Senior Vice President, Human Resources |
| Carl Eberling | - | Senior Vice President, Information Technology, and Chief Information Officer |
| John Yung | - | Senior Vice President, Strategy |

1

| Kaushik Kundu | – | Senior Vice President, Internal Operations Collections |
| Ryan Bell | – | Senior Vice President, Legal Collections Operations |
| Sheryl Wright | – | Senior Vice President, Government Affairs |
| Scott Goverman | | Vice President, Corporate Development & Treasury and Assistant Treasurer |
| Ann Gill | – | Vice President, Chief Accounting Officer and Assistant Treasurer |
| J. Mark Warner | – | Vice President, Tax, and Assistant Treasurer |
| Andrew Asch | – | Vice President, General Counsel, Assistant Secretary |
| Marni Heintz | – | Assistant Treasurer |
| Brittany Lederman | – | Assistant Secretary |
| Chris Perdue | – | Assistant Secretary |
| David Snyder | – | Assistant Secretary |
| Erin Funderburk | – | Assistant Secretary |
| Greg Gerkin | – | Assistant Secretary |
| Kyle Smith | – | Assistant Secretary |
| Matt Jubenville | – | Assistant Secretary |
| Melissa Byrd | – | Assistant Secretary |
| Michael Chin | – | Assistant Secretary |
| Nayri Rita Melconian | – | Assistant Secretary |
| Stelios Harris | – | Assistant Secretary |

FURTHER RESOLVED, that the Board hereby authorizes the Secretary of the Company to appoint any additional assistant treasurers, assistant secretaries or authorized representatives as the Secretary may deem necessary, desirable or advisable, and that the Secretary be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company to annex the resolutions of such appointments to these resolutions, and thereupon such resolutions shall be deemed the resolutions of the Board as if set forth herein;

FURTHER RESOLVED, that all actions taken by such officers on behalf of the Company prior to the date on which such persons were appointed to such officers that are within the authority conferred by these resolutions be and hereby are ratified and approved.

FURTHER RESOLVED, that all actions taken by such officers on behalf of the Company prior to the date on which such persons were appointed to such officers that are within the authority conferred by these resolutions be and hereby are ratified and approved.

FURTHER RESOLVED, that the actions taken by this Consent shall have the same force and effect as if taken by the undersigned at a meeting duly called and constituted pursuant to the Company's organizational documents and applicable law.

FURTHER RESOLVED, that this Action by Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original and all of which when taken together shall constitute a single original consent.

2

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent of the Board of Directors as of the date first set forth above.

_____
Ashish Masih

_____
Jonathan Clark



## LIMITED POWER OF ATTORNEY

Midland Credit Management, Inc., a Kansas corporation (the "Company") hereby makes, constitutes and appoints Melissa Byrd, an Assistant Secretary of the Company, (the "Grantee"), its true and lawful attorney-in-fact, and hereby authorizes and empowers Grantee, in the name of and on behalf of the Company, to have full power and authority to take any and all lawful acts which she may deem necessary or desirable to request and collect unclaimed/undeposited bankruptcy funds on behalf of the Company (the "Transactions"), including, but not limited to:

1. Execute, acknowledge, deliver, on behalf of the Company all agreements, documents, reports, filings, instruments, certificates and opinions required in connection with the Transactions;

2. Do and perform any and every act required, necessary or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the Company might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that such attorney-in-fact shall lawfully do or cause to be done by virtue of this Limited Power of Attorney and the rights and powers herein granted.

This Limited Power of Attorney is effective immediately and will continue until it is revoked.

The undersigned has the authority to grant this Limited Power of Attorney consistent with his appointment as Executive Vice President, Chief Financial Officer and Treasurer of the Company pursuant to resolutions of the board of the Company dated June 14, 2017.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned has executed this Limited Power of Attorney as of this 14 day of June 2018.

Midland Credit Management, Inc.

By

Name: Jonathan Clark
Title: Executive Vice President, Chief Financial Officer and Treasurer

Notary Public State of Arizona
Maricopa County
Timothy Mark Bolin
My Commission Expires 11/24/2030

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS**
**OF**
**MIDLAND CREDIT MANAGEMENT, INC.**

---

**February 17, 2020**

Pursuant to Section 17-6301(f) of the Kansas Code, the undersigned, being all of the directors of Midland Credit Management, Inc., a Kansas corporation (the "Company"), do hereby waive notice and consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof to the same extent and to have the same force and effect as if such resolutions were adopted by a unanimous vote of the Board of Directors (the "Board") of the Company at a duly convened meeting held for such purpose:

WHEREAS, the Company previously resolved to elect certain person to serve as officers of the Company, pursuant to certain Actions by Written Consent of the Board of Directors of the Company, and the Company desires to update such authorities by replacing such resolutions as set forth below.

**Removal of Officers**

RESOLVED, that each person, other than those listed below under Appointment of Officers, be, and hereby is, removed from the office of the Company.

**Appointment of Officers**

RESOLVED, that each of the following persons be, and hereby is, appointed to the office of the Company set forth opposite his or her name, effective as of the date hereof, to serve in such capacity until his or her successor shall be duly elected or until his or her earlier death, resignation or removal:

| | |
|---|---|
| Ryan Bell | President |
| Jonathan Clark | Executive Vice President, Chief Financial Officer and Treasurer |
| Greg Call | Executive Vice President and Corporate Secretary |
| Monique Dumais-Christope | Chief Information Officer |
| Mike Merle | Senior Vice President and Chief Administrative Officer |
| Darin Herring | Senior Vice President, Operations - Americas |
| Kaushik Kundu | Senior Vice President, Strategy & Analytics and Chief Analytics Officer |
| Sheryl Wright | Senior Vice President, External Affairs |
| Scott Goverman | Managing Vice President, Corporate Development & Treasury and Assistant Treasurer |
| J. Mark Warner | Vice President, Tax, and Assistant Treasurer |
| Andrew Asch | Managing Vice President, General Counsel, Assistant Secretary |
| Michael Hurley | Assistant Treasurer |

FURTHER RESOLVED, that each employee of the Company assigned LGL – Transactions, LGL – Legal & Regulatory, LGL – Litigation, LGL –

Bankruptcy, LC – IL Legal, LC – LO Legal and LC – Production and Operations (the "Applicable Departments") (1) who is a licensed attorney or (2) who has a title of "Paralegal Manager" and above, "Legal Assistant" and above, "Legal Specialist" and above, or "Lead Specialist" and above, be and hereby is appointed to serve as an Assistant Secretary of the Company, until his or her successor shall be duly elected and qualified or until his or her earlier death, resignation or removal;

FURTHER RESOLVED, that each employee of the Company assigned to any of the Applicable Departments (1) who is a licensed attorney or (2) who has a title of "Paralegal" and above, "Legal Assistant" and above, "Legal Specialist" and above, "Lead Specialist" and above, or "Vendor Specialist" and above, be, and hereby is an "Authorized Representative" of the Company and is authorized to sign on behalf of the Company, as agents thereof, affidavits, declarations, verifications, or similar documents related to litigation matters involving the Company ("Litigation Documents") and is authorized to testify on behalf of the Company;

FURTHER RESOLVED, that each employee of the Company, assigned to any of the Applicable Departments who has a title of "Legal Administrative Assistant" and above hereby is an Authorized Representative of the Company and is authorized to sign Litigation Documents on behalf of the Company, as agents thereof;

FURTHER RESOLVED, that each employee of the Company with a title of "Specialist" and above, or any variation thereof, assigned to the Consumer Support Services department be, and hereby, is appointed as an Authorized Representative of the Company and is authorized to exercise powers, including investigating and responding to regulatory complaints until such time as he or she is no longer an employee of the Company;

FURTHER RESOLVED, that each employee of the Company with a title of "Process Excellence Manager" and above, or any variation thereof, assigned to Operations Risk Management be, and hereby is an Authorized Representative of the Company and is authorized to sign on behalf of the Company all Litigation Documents and is authorized to testify on behalf of the Company;

FURTHER RESOLVED, that the Board hereby authorizes the Secretary of the Company to appoint any additional assistant treasurers, assistant secretaries or authorized representatives as the Secretary may deem necessary, desirable or advisable, and that the Secretary be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company to annex the resolutions of such appointments to these resolutions, and thereupon such resolutions shall be deemed the resolutions of the Board as if set forth herein;

FURTHER RESOLVED, that all actions taken by such officers on behalf of the Company prior to the date on which such persons were appointed to such officers that are within the authority conferred by these resolutions be and hereby are ratified and approved; and

FURTHER RESOLVED, that this Action by Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original and all of which when taken together shall constitute a single original consent.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent of the Board of Directors as of the date first set forth above.

_____
Ashish Masih

_____
Jonathan Clark

_____
Gregory Call

_____
Ryan Bell

[Signature Page of WC – Midland Credit Management, Inc.]