UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Doris Ann Epps

Case No.: 11-38805-SLM

Chapter: 13

Judge: Meisel

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  6/15/20 , an application was filed for the Claimant(s),  Midland Credit Management. , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ $102.00  held in unclaimed funds be made payable to  Midland Credit Management.  and be disbursed to the payee at the following address:

 350 Camino De La Reina #100 

 San Diego, CA 92108 

_____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*