| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |
| Doris Ann Epps |

**Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 11-38805-SLM

Chapter: 13

Judge: Meisel

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  6/15/20 , an application was filed for the Claimant(s), Midland Credit Management. , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ $102.00  held in unclaimed funds be made payable to  Midland Credit Management. and be disbursed to the payee at the following address:
 350 Camino De La Reina #100
 San Diego, CA 92108

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Doris Ann Epps  
     Debtor

Case No. 11-38805-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 14, 2020  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.  
db          +Doris Ann Epps,   25 Hoffman Blvd,   East Orange, NJ 07017-5419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:  
        Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Evelyn Akushie-Onyeani   on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com  
        Joshua I. Goldman   on behalf of Creditor   MidFirst Bank josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
                                                                                                                    TOTAL: 6