UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Doris Ann Epps

**Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 11-38805

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On __July 4 2020_____, an application was filed for the Claimant(s), __UNITED CREDIT RECOVERY LLC_____, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ __79.92_____ held in unclaimed funds be made payable to __UNITED CREDIT RECOVERY LLC_____ and be disbursed to the payee at the following address:

5224 West SR 46

Suite 319

Sanford FL 32771

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 11-38805-SLM
Doris Ann Epps                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 1            Date Rcvd: Aug 12, 2020
                      Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Doris Ann Epps,    25 Hoffman Blvd,    East Orange, NJ 07017-5419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Evelyn  Akushie-Onyeani    on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank josh.goldman@padgettlawgroup.com,
       bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                               TOTAL: 6