# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 11-38805-SLM |
|---|---|---|
| Doris Ann Epps | Hearing Date: | |
| | Chapter: | 13 |
| | Chief Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge Michael B. Kaplan, United States Bankruptcy Judge.

**Reason for Hearing:** Application for Payment of Unclaimed Funds in the Amount $ 79.92

**Location of Hearing:** Courtroom No. 8
United State Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** June 15, 2023 at 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: May 23, 2023

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 23, 20 23 this notice was served on the following: Leonard Potillo for United Credit Recovery, LLC .

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 11-38805-SLM |
| Doris Ann Epps | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doris Ann Epps, 25 Hoffman Blvd, East Orange, NJ 07017-5419 |
| cr | + | United Credit Recovery, LLC, 5224 West State Road 46, Ste. 319, Sanford, FL 32771-9230 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 25, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |
| | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Evelyn Akushie-Onyeani | |
| | on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com |
| Joshua I. Goldman | |
| | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |

District/off: 0312-2                             User: admin                                              Page 2 of 2
Date Rcvd: May 23, 2023                          Form ID: pdf900                                       Total Noticed: 2
TOTAL: 6