# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Chief Judge: _____

CORRECTED

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

**Location of Hearing:**    Courtroom No. _____

_____

_____

_____

**Date and Time:**    _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ❏  ARE REQUIRED    ❏  ARE NOT REQUIRED

DATE: _____            JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*