UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**FILED**

JEANNE A. NAUGHTON, CLERK

JUN 14 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ

BY_____DEPUTY

| | |
|---|---|
| IN RE: | |
| ROBERT FITZGERALD<br>MARGARET MARY FITZGERALD, | CASE NO: 11-33877-MBK |
| NICHOLAS D'ANGELO JR | CASE NO: 11-24165-CMG |
| HENRY HUMBERTO PATERNINA ALVAREZ | CASE NO: 10-44070-VFP |
| SHARON MITCHELL-CABBELL | CASE NO: 10-50304-RG |
| PAUL PATRICK BUCKLEY<br>HEATHER LYNN HOLCOMBE | CASE NO: 12-25051-VFP |
| DORIS ANN EPPS | CASE NO: 11-38805-SLM |
| VINCENT MUROLO<br>ANNA MUROLO | CASE NO: 11-33073-RG |
| JASON W DECHERT<br>CHRISTINE C DECHERT | CASE NO: 11-36420-RG |
| TIMOTHY SCOTT RINGGOLD<br>KELLY ANNE RINGGOLD | CASE NO: 11-18334-MBK |
| RICHARD FLANDERS<br>ALISHA FLANDERS | CASE NO: 12-27124-KCF |
| GLENNDALE LUGA<br>MARIA SOFIA LUGA | CASE NO: 11-27040-NLW |
| DEBTOR(S) | |

DOCUMENTATION FOR HEARING ON PAYMENT FOR UNCLAIMED FUNDS

SUMMARY OF INFORMATION :


U.S. Attorney Letter of No Objection to Petition to Release Funds
Orders Granting Disbursement of Unclaimed Funds

*Eastern District of Tennessee *Middle District of Georgia *Western District of Tennessee
*Southern District of Mississippi *District of Nebraska *Eastern District of Wisconsin
*Southern District of Ohio *Southern District of Alabama *Southern District of Florida

This information is provided to this Honorable Court to demonstrate and provide evidence and
proof that United Credit Recovery LLC is the original and current "owner" of these accounts and
other bankruptcy accounts that have been submitted for release of Unclaimed Funds.
As of October 2022, United Credit Recovery LLC did not have any bankruptcy accounts assigned
to any third parties.

United Credit Recovery LLC has maintained ownership and has not sold these accounts to any
other entity, nor is there any entity authorized to collect these accounts, to the best of the
knowledge of Leonard Potillo, sole member of United Credit Recovery LLC.



Case# 10-09158 Eastern District of North Carolina
07/01/20 Hearing regarding Application to Release Unclaimed Funds.
07/07/20 Justice Joseph N Callaway provides Order after hearing to disburse Unclaimed Funds.


This information is provided to this Honorable Court to show precedent by other courts after
hearing to show cause for determining ownership.

Thank you for the opportunity to provide the submittal of information regarding this matter.

Sincerely,

Leonard Potillo



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*

*Writer's Telephone:  716/843-5804*
*Writer's fax:  716/551-3052*
*Kevin.d.robinson@usdoj.gov*

July 10, 2020

United States Bankruptcy Court
590 Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY  14202

Re:   **Ebony N. Huff**
      **Case No. 12-11449**

Dear Sir/Madam:

This is in reference to the Application for Payment of Unclaimed Funds our office received on the above captioned case.   Please note, our office has no objection to the funds being released to claimant United Credit Recovery LLC, in the amount of $16.18

Thank you.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:   *Kevin Robinson/mes*
KEVIN D ROBINSON
Assistant United States Attorney



FILED
JUL 1 4 2020
BANKRUPTCY COURT
BUFFALO, NY



**SO ORDERED.**
**SIGNED this 10th day of June, 2020**

*Nicholas W. Whittenburg* (signature)
Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

---

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

In re: Christopher Edwin Mitchell Jr

)
)
)

12-13573-NWW

*Debtor(s)*                    )   Case Number

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s), United Credit Recovery LLC
for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and
the application and supporting documentation having established that the Claimant(s) is/are
entitled to the unclaimed funds; accordingly, it is hereby
    ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ _251.01_ held in
unclaimed funds be made payable to _UNITED CREDIT RECOVERY LLC_
and be disbursed to the payee at the following address:
        5224 West SR 46 - Suite 319, Sanford FL 32771 .

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

LODGED 12:45 pm

JUN 09 2020

BY _E.Reid_

000653                              26304000654073

GAMB CM/ECF Live Database

**SO ORDERED.**

**SIGNED this 13 day of July, 2020.**



_____
John T. Laney, III

**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

In re: ANDREA DEONNE IVORY                    )        Case No. 12-40295
                                              )
        _Debtor(s)_                           )        Chapter  13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____JUNE 5 2020_____, an application was filed for the Claimant(s),
_____, for payment of unclaimed funds deposited with the
court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish
that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
    ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____20.08_____ held in
unclaimed funds be made payable to _____UNITED CREDIT RECOVERY LLC_____
and be disbursed to the payee at the following address:
            5224 West SR 46 - Suite 319, Sanford FL 32771
. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**End of Document**



**Dated: June 26, 2020**
**The following is SO ORDERED:**

_George W. Emerson_ Jr.
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Kellen A. and Ruvye L. Cowley                    Case No. 11-27477-DSK
                                                 Chapter 13

Debtor(s)

---

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

---

In this case the instant matter before the court arises out of a motion filed by the movant-claimant, **United Credit Recovery, LLC**("Movant"), who asserts entitlement to certain monies previously paid into the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$166.05**

**IT IS SO ORDERED :**

1.  The movant's motion is hereby granted.

2.  The Bankruptcy Court Clerk shall promptly prepare an appropriate payment voucher and transmit a true copy of this Order and Notice and the approved payment voucher to the Administrative Office of the United States Courts, who is hereby authorized to make payment to the movant in accordance with the foregoing.

3.  The Bankruptcy Court Clerk additionally shall promptly transmit or mail a copy of this Order and Notice to the entities listed below.

cc:    Movant
       Movant's Attorney, if applicable
       United States Attorney
       United States Trustee

1866                                    2700801788701 6

SO ORDERED,



Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: May 19, 2020

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                            :      CASE NO.  11-03868–NPo

   ROBERT ALAN PYLES                  :

                                   :      CHAPTER:  13

   ELIZABETH ANN PYLES

                             Debtor(s)            Dkt. #51

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application and supporting documentation was filed in the above-captioned case for Claimant(s)
UNITED CREDIT RECOVERY LLC _____, requesting payment of unclaimed funds
deposited with the Court pursuant to 11 U.S.C. §347(a). The application and supporting documentation
establish Claimant(s) entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. §2042,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $ 109.32  held in unclaimed funds
to the order of  UNITED CREDIT RECOVERY LLC and mail such payment to the following address:

5524 West SR 46 – Suite 319, Sanford FL 32771.

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

**End of Order**
**No Service List Requested**

Prepared by:
L.Potillo for United Credit Recovery LLC
5224 West SR 46, Sanford FL 32771
321-499-5760
unitedcredit@ureach.com

2 4 1 0 3 0 0 0 2 6 0 2 5 5

000258

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                           )
                                            )
VINCENT A VALENZUELA and                    )        CASE NO. 12-80489
NANCY LEE VALENZUELA                    . )          CHAPTER 13
                                            )
           DEBTOR(S)                        )

## ORDER FOR CLERK TO PAY UNCLAIMED FUNDS

A request for funds being held in the court's registry has been made by United Credit
Recovery, LLC, in the amount of $119.28.

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court is directed to pay the funds
being held in the Registry of the Court to:

United Credit Recovery LLC
5224 West SR 46, Ste 319
Sanford, FL   32771

Dated:   February 28 , 2019

                                   BY THE COURT:

                                   _____
                                   Thomas L. Saladino, Chief Judge

Copy mailed to:

United Credit Recovery LLC
5224 West SR 46, Ste 319
Sanford, FL   32771

1670902276001 9

022738

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 13, 2017

G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Eddie C Moore II, | Case No. 13–21229–gmh |
| Debtor. | Chapter 13 |

### Order Directing Payment of Unclaimed Funds

The amount of $33.15 was deposited into the Registry of the United States Bankruptcy Court on March 13, 2017, as unclaimed by United Credit Recovery LLC.

On May 22, 2017, an Affidavit and Request for Release of Unclaimed Funds with an attachment or an exhibit as proof of right to the funds, and an Affidavit of Service confirming that notice was provided to the Office of the United States Attorney, were filed with this court.

Title 28 U.S.C. Section 2042 provides that the claimant may obtain an order directing payment "on petition to the court and upon notice to the United States Attorney and full proof of the right thereto."

IT IS THEREFORE ORDERED the Clerk of the United States Bankruptcy Court shall pay $33.15 to United Credit Recovery LLC, 5224 West State Road 46, Suite 319, Sanford, FL 32771.

#####

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 10, 2020**

Form a0ogrfnd
(Rev. 12/19)

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402-1819**

In Re:  Patrick E. Cannon
      Sharon D. Cannon
           Debtor(s)
SSN/TAX ID:
     xxx-xx-3674
     xxx-xx-5285

Case No.: 3:12-bk-32345

Chapter:  13

Judge:  Guy R Humphrey

**ORDER GRANTING**
**AMENDED APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 68)**

This matter is before the Court on the Amended Application for Payment of Unclaimed Funds filed by United Credit Recovery, LLC on March 17, 2020.   It appears to the Court that the Amended Application is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $14.09 to the order of United Credit Recovery, LLC at the following address:

5224 West SR 46
Suite 319
Sanford, FL 32771

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**IT IS SO ORDERED.**

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215

2640500131 2042

Form ogafpuf

**United States Bankruptcy Court**
**Southern District of Alabama**

**Case No.: 11-01409**
**Chapter: 13**

**In re:**
Brian H. Rhodes

Social Security No.:
xxx–xx–2308

**Debtor(s)**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 12/23/20, an application was filed for the Claimant(s), United Credit Recovery LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $26.65 held in unclaimed funds be made payable to United Credit Recovery LLC and be disbursed to the payee at the following address:

5224 West State Road 46, Ste 319 ; Sanford, FL 32771.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: 3/8/21

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE



**ORDERED in the Southern District of Florida on March 9, 2021.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                          CASE NO. 11-31832-AJC

MARIO JESUS TRIANA                              Chapter 13
ROSA L. MARTINEZ,

Debtors.
_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

**THIS CAUSE** came before the Court for a hearing on January 26, 2021 upon the application

by Leonard Potillo, on behalf of United Credit Recovery LLC.  For the reasons stated on the record,

and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, the application is **APPROVED**. The clerk is directed to disburse, after 14

calendar days from entry of this order, payment to United Credit Recovery LLC. and, if applicable,

the "funds locator" or attorney submitting the application, Leonard Potillo, funds in the amount of

**$192.08** now held as unclaimed funds in the treasury for the original claimant United Credit

Recovery LLC.

VAN-018 Notice of Telephone Conference – Rev. 03/27/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Channing Lawrence Tanner
( *known aliases: Chad Tanner* )
1818 Evergreen Park SW, Apt D9
Olympia, WA 98502

CASE NO.: 10-09158-8-JNC

DATE FILED: November 5, 2010

CHAPTER: 13

## NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

DATE:   Wednesday, July 1, 2020
TIME:   11:30 AM
to consider and act upon the following matters:

Application to Release Funds in the Amount of $ 232.83 filed by United Credit Recovery LLC

The hearing will involve the following parties:

Judge Joseph N. Callaway
Leonard Potillo Representative for United Credit Recovery LLC.


To join the conference call, please dial 1-888-273-3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: June 23, 2020

Stephanie J. Butler
Clerk of Court

VAN–126 Order for Refund of Unclaimed Funds – Rev. 11/05/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Channing Lawrence Tanner
(*known aliases*: *Chad Tanner*)
1818 Evergreen Park SW, Apt D9
Olympia, WA 98502

CASE NO.: 10–09158–8–JNC

DATE FILED: November 5, 2010

CHAPTER: 13

## ORDER FOR REFUND OF UNCLAIMED FUNDS

On June 10, 2020, an application was filed for the Claimant(s), United Credit Recovery LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $232.83 held in unclaimed funds be made payable to United Credit Recovery LLC and be disbursed to the payee at the following address: 5224 West SR 46, Suite 319, Sanford FL 32771. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: July 7, 2020

Joseph N. Callaway
United States Bankruptcy Judge