UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 16, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Applications for Payment of Unclaimed Funds
submitted by Leonard Potillo.

Case No.:

10-44070,10-50304,11-18334,
11-24165,11-27040,11-33073,
11-33877,11-36420,11-38805
12-25051,12-27124

Judge:    Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: June 16, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Applications for Payment of Unclaimed Funds
submitted by Leonard Potillo.

Case Nos.:     10-44070-VFP

10-50304-RG

11-18334-MBK

11-24165-CMG

11-27040-JKS

11-33073-RG

11-33877-MBK

11-36420-RG

11-38805-SLM

12-25051-VFP

12-27124-KCF

Judge:        Michael B. Kaplan

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On June 15, 2023 the Court held oral argument on the applications for payment of unclaimed funds in the cases identified on the attached Schedule. It is hereby

ORDERED that the Debtor shall serve a copy of this Order on the United States Attorney at the Office of the United States Attorney, District of New Jersey, Peter Rodino Federal Building, 970  Broad Street, Suite 700, Newark, New Jersey 07102  (See Local Bankruptcy Rule 3011- 1(b)(4)); accordingly it is further

ORDERED that the Debtor shall file the Certificate of Service demonstrating the United States Attorney has been served within 7 days of the entry of Order; it is further

ORDERED any objections shall be filed no later than July 21, 2023 and to the extent an objection is filed, the Court may schedule a hearing; it is further

ORDERED the Clerk will disburse these funds no earlier than 45 days after entry of this Order unless otherwise directed by this Court.

# SCHEDULE

| Case No. | Case Name | Docket Entry No. | Unclaimed Funds Amount |
|---|---|---|---|
| 10-44070-VFP | Henry Humberto Paternina Alvarez | 71 & 72 | $ 1.98 |
| 10-50304-RG | Sharon Mitchell-Cabbell | 101 & 102 | $ 26.43 |
| 11-18334-MBK | Timothy Scott Ringgold and Kelly Anne Ringgold | 70 & 71 | $ 1.25 |
| 11-24165-CMG | Nicholas D'Angelo, Jr | 76 & 79 | $ 171.32 |
| 11-27040-JKS | Glenndale Luga and Maria Sofia Luga | 71, 72 & 74 | $ 11.80 |
| 11-33073-RG | Vincent Murolo and Anna Murolo | 76 & 77 | $ 7.59 |
| 11-33877-MBK | Robert Fitzgerald and Margaret Mary Fitzgerald | 65 | $ 424.66 |
| 11-36420-RG | Jason W. Dechert and Christine C. Dechert | 157 & 158 | $ 16.71 |
| 11-38805-SLM | Doris Ann Epps | 95 & 96 | $ 79.92 |
| 12-25051-VFP | Paul Patrick Buckley and Heather Lynn Holcombe | 58 & 59 | $ 186.66 |
| 12-27124-KCF | Richard Flanders and Alisha Flanders | 55 & 56 | $ 37.99 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 11-38805-SLM

Doris Ann Epps                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doris Ann Epps, 25 Hoffman Blvd, East Orange, NJ 07017-5419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Evelyn Akushie-Onyeani | on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                                         User: admin                                         Page 2 of 2
Date Rcvd: Jun 16, 2023                                      Form ID: pdf903                                     Total Noticed: 1
TOTAL: 6