| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on July 24, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Applications for Payment of Unclaimed Funds submitted by Leonard Potillo. | Case No.: 10-44070,10-50304,11-18334, 11-24165, 11-27040,11-33073 11-33877, 11-36420,11-38805 12-25051,12-27124<br><br>Judge:   Michael B. Kaplan<br><br>Michael B. Kaplan |

### ORDER DENYING APPLICATIONS FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

DATED: July 24, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Applications for Payment of Unclaimed Funds submitted by Leonard Potillo.

Case Nos.:
10-44070-VFP
10-50304-RG
11-18334-MBK
11-24165-CMG
11-27040-JKS
11-33073-RG
11-33877-MBK
11-36420-RG
11-38805-SLM
12-25051-VFP
12-27124-KCF

Judge:   Michael B. Kaplan

# ORDER DENYING APPLICATIONS FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On June 15, 2023 the Court held oral argument on the applications for payment of unclaimed funds in the cases identified on the attached Schedule. On June 16, 2023 this Court entered an Order Directing Payment of Unclaimed Funds which required Leonard Potillo of United Credit Recovery, LLC to serve a copy of that Order on the United States Attorney at the Office of the United States Attorney, District of New Jersey, Peter Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, New Jersey 07102 and file a Certificate of Service demonstrating that the United States Attorney had been served within 7 days (ECF No. 80). As of the date of this Order, the Court has not received that Certificate of Service showing the United States Attorney had been served. For the reasons stated herein it is hereby Ordered:

1. The Applications for Payment of Unclaimed Funds in the cases identified on the attached Schedule are denied.

# SCHEDULE

| Case No. | Case Name | Docket Entry No. | Unclaimed Funds Amount |
|---|---|---|---|
| 10-44070-VFP | Henry Humberto Paternina Alvarez | 71 & 72 | $ 1.98 |
| 10-50304-RG | Sharon Mitchell-Cabbell | 101 & 102 | $ 26.43 |
| 11-18334-MBK | Timothy Scott Ringgold and Kelly Anne Ringgold | 70 & 71 | $ 1.25 |
| 11-24165-CMG | Nicholas D'Angelo, Jr | 76 & 79 | $ 171.32 |
| 11-27040-JKS | Glenndale Luga and Maria Sofia Luga | 71, 72 & 74 | $ 11.80 |
| 11-33073-RG | Vincent Murolo and Anna Murolo | 76 & 77 | $ 7.59 |
| 11-33877-MBK | Robert Fitzgerald and Margaret Mary Fitzgerald | 65 | $ 424.66 |
| 11-36420-RG | Jason W. Dechert and Christine C. Dechert | 157 & 158 | $ 16.71 |
| 11-38805-SLM | Doris Ann Epps | 95 & 96 | $ 79.92 |
| 12-25051-VFP | Paul Patrick Buckley and Heather Lynn Holcombe | 58 & 59 | $ 186.66 |
| 12-27124-KCF | Richard Flanders and Alisha Flanders | 55 & 56 | $ 37.99 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 11-38805-SLM

Doris Ann Epps  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jul 24, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Doris Ann Epps, 25 Hoffman Blvd, East Orange, NJ 07017-5419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Brian C. Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Evelyn Akushie-Onyeani
    on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com

Joshua I. Goldman
    on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Jul 24, 2023      Form ID: pdf903      Total Noticed: 1

TOTAL: 6