UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Doris Ann Epps

Case No.:  11-38805-SLM

Chapter:  13

Judge:  Michael B. Kaplan

Hearing Date:  September 12, 2024

# AMENDED
## NOTICE OF HEARING RE: UNCLAIMED FUNDS
## APPLICATION

You are hereby notified of a hearing before Chief Judge Michael B. Kaplan in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing**:

On July 1, 2024 United Credit Recovery LLC ("the Applicant" or "UCR"), filed an Application for Payment of Unclaimed Funds (the "Application") (ECF No. 112) deposited with the Court pursuant to 11 U.S.C. § 347(a) in the amount of $79.92. The Court notes that pursuant to a memo sent from the Administrative Office of the United States Courts (the "AO") dated June 3, 2020 (the "Memo"), the AO became aware of an affidavit stating that claims accrued in bankruptcy courts listing UCR as the owner were actually owned by third parties. This Court is required to review any and all applications for unclaimed funds filed by UCR and make every attempt to determine that the claim(s) are not part of any current or past criminal activity on the part of UCR or its representatives and is not owed to another party. Accordingly, the Applicant and Owner of UCR are directed to make an appearance before this Court to defend the validity of the application for payment under 28 U.S.C. § 2042.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.
- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom Link
    http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by Telephone, please sign up through Court Solutions (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information
- If In-Person, at the following address: Courtroom No. 8 Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608

**Date/Time of Hearing:** September 5, 2024 at 10:00AM, or as soon thereafter as counsel may be heard.
**Court Appearances:**

- (●) Required by Zoom
- ( ) Required by Telephone
- ( ) Required In-Person
- ( ) Are NOT Required

Date: August 23, 2024

JEANNE A. NAUGHTON, Clerk
By: W. Quiles, Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____August 23, 2024  this notice was served on the following:   Applicant, Debtor, and Trustee.

JEANNE A. NAUGHTON, Clerk
By: W. Quiles, Deputy Clerk