UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | | |
|---|---|---|
| In Re: | Case No.: | 11-38805-SLM |
| Doris Ann Epps | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |
| | Hearing Date: | September 12, 2024 |

**AMENDED**
**NOTICE OF HEARING RE: UNCLAIMED FUNDS**
**APPLICATION**

You are hereby notified of a hearing before Chief Judge Michael B. Kaplan in the United States
Bankruptcy Court, District of New Jersey.

.........

<u>**Reason for Hearing**</u>:

On July 1, 2024 United Credit Recovery LLC ("the Applicant" or "UCR"), filed an Application for Payment of Unclaimed Funds (the "Application") (ECF No. 112) deposited with the Court pursuant to 11 U.S.C. § 347(a) in the amount of $79.92. The Court notes that pursuant to a memo sent from the Administrative Office of the United States Courts (the "AO") dated June 3, 2020 (the "Memo"), the AO became aware of an affidavit stating that claims accrued in bankruptcy courts listing UCR as the owner were actually owned by third parties. This Court is required to review any and all applications for unclaimed funds filed by UCR and make every attempt to determine that the claim(s) are not part of any current or past criminal activity on the part of UCR or its representatives and is not owed to another party. Accordingly, the Applicant and Owner of UCR are directed to make an appearance before this Court to defend the validity of the application for payment under 28 U.S.C. § 2042.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom Link

    http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan

- If by Telephone, please sign up through Court Solutions (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information

- If In-Person, at the following address: Courtroom No. 8 Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608

**Date/Time of Hearing:** September 5, 2024 at 10:00AM, or as soon thereafter as counsel may be heard.

**Court Appearances:**

- (●) Required by Zoom
- ( ) Required by Telephone
- ( ) Required In-Person
- ( ) Are NOT Required

Date: August 23, 2024

JEANNE A. NAUGHTON, Clerk
By: W. Quiles, Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____August 23
, 2024  this notice was served on the following:   Applicant, Debtor, and Trustee.

JEANNE A. NAUGHTON, Clerk
By: W. Quiles, Deputy Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 11-38805-SLM

Doris Ann Epps                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Aug 26, 2024                  Form ID: pdf900                          Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doris Ann Epps, 25 Hoffman Blvd, East Orange, NJ 07017-5419 |
| none | + | Leonard Potillo, United Creditor Recovery LLC, 5224 West SR 46, Ste #319, Sanford, FL 32771-9230 |
| cr | + | United Credit Recovery, LLC, 5224 West State Road 46, Ste. 319, Sanford, FL 32771-9230 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK brian+ecf@briannicholas.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Evelyn Akushie-Onyeani | on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Aug 26, 2024 Form ID: pdf900 Total Noticed: 3

Marie-Ann Greenberg
magecf@magtrustee.com

TOTAL: 6