UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Doris A. Epps

| | |
|---|---|
| Case No.: | 11-38805 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On July 01, 2024 an application for unclaimed funds was filed by Leonard G. Potillo ("Mr. Potillo") on behalf of United Credit Recovery LLC (the "Claimant") for payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a). On July 29, 2024, the Court upon review of the Application, issued a Notice of Hearing requiring all parties to make a virtual appearance via Zoom (the "Zoom Hearing") on September 12, 2024 at 10:00am.

Mr. Potillo appeared at the Zoom Hearing and answered the Court's questions regarding United Credit Recovery's entitlement to the funds and the purpose behind pursuing applications with such low dollar amounts.  Mr. Potillo indicated that United Credit Recovery filed a proof of claims in the bankruptcy case and explained that he was now pursuing the leftover balances because United Credit Recovery, LLC is winding down and Mr. Potillo wants to close all files. The Court determines that Mr. Potillo adequately explained United Credit Recovery LLC's entitlement to the funds and the supporting documentation further supports the request.  Accordingly, it is hereby

**ORDERED** that pursuant to 28 U.S.C. § 2042, the sum of $79.92 held in unclaimed funds be made payable to United Credit Recovery, LLC and be disbursed to the payee at the following address:

United Credit Recovery, LLC

5224 West State Road 46

Suite 319-374

Sanford, FL 32771

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a.  Domestic Claimant - A Claimant who is a U.S. person  must submit either:
    i.  Court Form AO-213P (available on the Court's website); or
    ii.  IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

NOTE: If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

b.    **Foreign Claimant** - A foreign claimant must submit both:

    1)  IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and

    2)  Court Form AO-215 (available on the Court's website).