UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Doris A. Epps

Case No.: 11-38805

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On July 01, 2024 an application for unclaimed funds was filed by Leonard G. Potillo ("Mr. Potillo") on behalf of United Credit Recovery LLC (the "Claimant") for payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a). On July 29, 2024, the Court upon review of the Application, issued a Notice of Hearing requiring all parties to make a virtual appearance via Zoom (the "Zoom Hearing") on September 12, 2024 at 10:00am.

Mr. Potillo appeared at the Zoom Hearing and answered the Court's questions regarding United Credit Recovery's entitlement to the funds and the purpose behind pursuing applications with such low dollar amounts. Mr. Potillo indicated that United Credit Recovery filed a proof of claims in the bankruptcy case and explained that he was now pursuing the leftover balances because United Credit Recovery, LLC is winding down and Mr. Potillo wants to close all files. The Court determines that Mr. Potillo adequately explained United Credit Recovery LLC's entitlement to the funds and the supporting documentation further supports the request. Accordingly, it is hereby

**ORDERED** that pursuant to 28 U.S.C. § 2042, the sum of $79.92 held in unclaimed funds be made payable to United Credit Recovery, LLC and be disbursed to the payee at the following address:

United Credit Recovery, LLC
5224 West State Road 46
Suite 319-374
Sanford, FL 32771

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. Domestic Claimant - A Claimant who is a U.S. person must submit either:
   i. Court Form AO-213P (available on the Court's website); or
   ii. IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

NOTE: If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

b. **Foreign Claimant** - A foreign claimant must submit both:

    1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and

    2) Court Form AO-215 (available on the Court's website).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                  Case No. 11-38805-SLM
Doris Ann Epps                                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                                Page 1 of 2
Date Rcvd: Sep 19, 2024                 Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

**Recip ID            Recipient Name and Address**
db               +   Doris Ann Epps, 25 Hoffman Blvd, East Orange, NJ 07017-5419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                                   Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

**Name**                              **Email Address**

Brian C. Nicholas
    on behalf of Creditor MIDFIRST BANK brian+ecf@briannicholas.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Evelyn Akushie-Onyeani
    on behalf of Debtor Doris Ann Epps evelyn@onyeanilaw.com

Joshua I. Goldman
    on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Sep 19, 2024 Form ID: pdf903 Total Noticed: 1
TOTAL: 6